## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1474                     Assigned/Issued By: J. N.

Judge Name: CASTILLO                      Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:  [✓] $350.00      [ ] $39.00      [ ] $5.00
             [ ] IFP          [ ] No Fee      [ ] Other _____
             [ ] $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                          Receipt #: 2607556

Date Payment Rec'd: 03-12-08              Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                               [ ] Alias Summons
[ ] Third Party Summons                   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    _____
                                          *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets           [ ] Other
[ ] Writ _____                       _____
    *(Type of Writ)*                      *(Type of issuance)*

_1_ Original and _0_ copies on _3-12-08_ as to _DEFENDANT_
                          *(Date)*