AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CEMENT MASONS PENSION
FUND LOCAL 502, et al.

      Plaintiffs,

  V.

EAGER CONCRETE CORPORATION, AN ILLINOIS
CORPORATION

      Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1474**

DESIGNATED
MAGISTRATE JUDGE  **JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

    Eager Concrete Corporation
    c/o its registered agent, Gregory Korinke
    697 Auburn Court
    Crystal Lake, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**March 12, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/18/08 |
| NAME OF SERVER *(PRINT)*  JOHN MARZEC | TITLE  process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

Eager Concrete Corp. c/o Gregory Karinke, registered agent
697 Auburn Ct., Crystal Lake, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/18/08
              Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.