**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Cement Masons Pension Fund, Local 502, et al.
                                                            Plaintiff,

v.                                                          Case No.: 1:08−cv−01474
                                                            Honorable Ruben Castillo

Eager Concrete Corporation
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

   MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 4/29/2008. Plaintiffs' motion for order of default [8] is granted. The Court hereby enters a default against defendant Eager Concrete Corporation for failure to timely appear, answer or otherwise plead to the complaint. Defendant is ordered to comply with this court's audit order dated 3/17/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.