IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> Plaintiffs, <br><br> v. <br><br> EAGER CONCRETE CORPORATION, an Illinois corporation, <br> Defendant. | No. 08 C 1474 <br><br> Judge Castillo <br><br> Magistrate Judge Denlow |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

    A.    The Complaint was filed herein on March 12, 2008.

    B.    Process has been served upon Defendant, EAGER CONCRETE CORPORATION.

    C.    Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

    1.    Defendant, EAGER CONCRETE CORPORATION is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

    2.    Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from May 17, 2005 through the present.

    3.    Defendant is ordered to produce the following records for examination by Plaintiffs' auditor:

    A.    All cash disbursement journals;

B.   All individual payroll records;

C.   All time records which are the basis of the above-mentioned individual payroll records;

D.   All State unemployment tax returns as requested by the Trustees;

E.   All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED:_____

ENTER:_____
**HONORABLE JUDGE CASTILLO**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415