IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, ) ) ) ) ) ) ) | No. 08 C 1474 |
| Plaintiffs, ) ) | Judge Castillo |
| v. ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, ) ) ) | |
| Defendant. ) | |

**MOTION FOR RULE TO SHOW CAUSE
FOR FAILURE TO ABIDE BY COURT ORDER**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, and ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against EAGER CONCRETE CORPORATION, an Illinois corporation. In support of this Motion, the Plaintiffs state as follows:

1. On April 29, 2008, this Court entered an order of default against the Defendant and an order compelling the production of various records.

2. Defendant has not produced required records per the court Order.

3. Defendant, EAGER CONCRETE CORPORATION has refused to tender records for the audit.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A. A Rule to Show Cause is entered against Gregory Korinke of EAGER CONCRETE CORPORATION, who is commanded to appear before this Court to show

cause, if any he has, for failing to obey this court's order dated April 29, 2008, which required CROSS PLUMBING CORPORATION to produce various records.

Respectfully submitted,

**TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, ) ) ) ) ) ) ) | No. 08 C 1474 |
| Plaintiffs, ) ) | Judge Castillo |
| v. ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, ) ) ) | |
| Defendant. ) | |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1. A Rule to Show Cause is hereby entered and made returnable on _____, 2008 for Gregory Korinke for his failure to produce records per Court order dated April 29, 2008.

2. Gregory Korinke is ordered to appear in court on _____ at 9:45 a.m. Room 2141 and show cause, if any they have for failure to abide by the court's order of April 29, 2008.

Dated:_____

Enter:_____
**HONORABLE JUDGE CASTILLO**