IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | |
| | ) | No. 08 C 1474 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO:   Eager Concrete Corporation
c/o its Registered Agent, Gregory Korinke
697 Auburn Court
Crystal Lake, IL 60014

**PLEASE TAKE NOTICE** that on **June 25, 2008**, at **9:45 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo, Room 2141** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Rule to Show Cause.

TRUSTEES OF THE CEMENT
MASONS PENSION FUND, LOCAL
502, et. al.

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Rule to Show Cause with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 12th day of June 2008, at or before the hour of 5:00 p.m.

Eager Concrete Corporation
c/o its Registered Agent, Gregory Korinke
697 Auburn Court
Crystal Lake, IL 60014

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: June 12, 2008