UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cement Masons Pension Fund, Local 502, et al.
                                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−01474
                                                    Honorable Ruben Castillo

Eager Concrete Corporation
                                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

   MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/1/2008. Plaintiffs' motion for rule to show cause [12] is entered and continued to 7/17/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.