**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Cement Masons Pension Fund, Local 502, et al.

                                    Plaintiff,

v.                                                Case No.: 1:08−cv−01474
                                                       Honorable Ruben Castillo

Eager Concrete Corporation

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/17/2008. Plaintiffs' motion for rule to show cause for failure to abide by court order [12] is dismissed. The Court will retain jurisdiction to enter judgment in a sum certain. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.