IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 1474 |
| Plaintiffs, | Judge Castillo |
| v. | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | |
| Defendant. | |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, EAGER CONCRETE CORPORATION.

In support thereof, Plaintiffs state:

1.  This case was filed on March 12, 2008.

2.  Defendant was served with Summons and Complaint on March 18, 2008 (Exhibit A).

3.  In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4.  Per the affidavit of Richard Wolf, Defendant owes Cement Masons Local 502 for the audit period May 17, 2005 through March 31, 2008 $35,401.33 benefits, $5,310.20 15% liquidated damages, $4,607.89 prior liquidated damages and $765.00 audit costs for a total of $46,084.42. (Exhibit B)

5.　Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and expenses $1,300.00 has been incurred in this suit. (Exhibit C)

**WHEREFORE**, Plaintiffs pray for:

1.　An Order of Default against the Defendant.

2.　Judgment be rendered in the amount of $47,384.42 for the Trustees of the Cement Masons Pension Fund Local 502, et. al.

Respectfully submitted,

**TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**


By: s/ Donald D. Schwartz
　　One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CEMENT MASONS PENSION
FUND LOCAL 502, et al.

    Plaintiffs,

V.

EAGER CONCRETE CORPORATION, AN ILLINOIS
CORPORATION

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1474**

DESIGNATED
MAGISTRATE JUDGE: **JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

    Eager Concrete Corporation
    c/o its registered agent, Gregory Korinke
    697 Auburn Court
    Crystal Lake, IL 60014

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

March 12, 2008

Date

Exhibit A.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/18/08 |
| NAME OF SERVER *(PRINT)* JOHN MARZEC | TITLE process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

Eager Concrete Corp. c/o Gregory Korinke, registered agent
697 Auburn Ct., Crystal Lake, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/18/08
            Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 1474 |
| v. | ) ) ) | Judge Castillo |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | ) ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2. Our firm completed compliance audits for the Trustees of the Cement Masons Pension Fund Local 502, et. al., on EAGER CONCRETE CORPORATION, for the period May 17, 2005 through March 31, 2008.

3. The audit report found arrears owing to the Trustees of the Cement Masons Pension Fund Local 502, et. al., in the amount of $35,401.33 benefits, $5,310.20 15% liquidated damages, $4,607.89 prior liquidated damages and $765.00 audit costs for a total of $46,084.42.

EXHIBIT B

4. The total due the Plaintiffs including arrears, audit costs, and liquidated damages of 15 percent, but excluding attorney's fees and court costs is $46,084.42 for **Cement Masons Local 502, et. al.**

5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
Richard J. Wolf

SUBSCRIBED AND SWORN to
before me this  29th  day
of July, 2008

_____
Notary Public

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | |
| | ) | No. 08 C 1474 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the Cement Masons Pension Fund Local 502, et. al. $875.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

**EXHIBIT C**

FURTHER AFFIANT SAYETH NOT.

_____
DONALD SCHWARTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | No. 08 C 1474 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Enter default against defendant.

2. Judgment in the amount of $47,384.42 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, and against the Defendant, EAGER CONCRETE CORPORATION.

3. This is a final and appealable order.

DATED: _____

ENTER: _____
**HONORABLE JUDGE CASTILLO**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415