IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | No. 08 C 1474 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   Eager Concrete Corporation
c/o its Registered Agent, Gregory Korinke
697 Auburn Court
Crystal Lake, IL 60014

**PLEASE TAKE NOTICE** that on **August 20, 2008**, at **9:45 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo, Room 2141** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

                                          TRUSTEES OF THE CEMENT MASONS
                                          PENSION FUND, LOCAL 502, et. al.

                                          s/ Donald D. Schwartz
                                          One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment in Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 31st day of July 2008, at or before the hour of 5:00 p.m.

> Eager Concrete Corporation
> c/o its Registered Agent, Gregory Korinke
> 697 Auburn Court
> Crystal Lake, IL 60014

> s/Donald D. Schwartz
> **ARNOLD AND KADJAN**
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> 312-236-0415 (phone)
> 312-341-0438 (fax)