Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1474 | DATE | 8/20/2008 |
| CASE TITLE | Cement Masons Pension Fund, et al. Vs. Eager Concrete Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/20/2008. Plaintiffs' motion for order of default and judgment in sum certain [17] is granted. Enter judgment Order. Judgment is entered in favor of the Plaintiffs and against defendant, Eager Concrete Corporation in the total amount of $47,384.42.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|