

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, ) ) ) ) ) ) ) | No. 08 C 1474 |
| Plaintiffs, ) ) | Judge Castillo |
| v. ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, ) ) ) | |
| Defendant. ) | |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Enter default against defendant.

2. Judgment in the amount of $47,384.42 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, and against the Defendant, EAGER CONCRETE CORPORATION.

3. This is a final and appealable order.

DATED: 8/20/08

ENTER: _____
HONORABLE JUDGE CASTILLO

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415