# United States District Court
## Northern District of Illinois
### Eastern Division

Cement Masons Pension Fund, et al.       **JUDGMENT IN A CIVIL CASE**

    v.                                     Case Number: 08 C 1474

Eager Concrete Corporation

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs, Cement Masons Pension Fund, Local 502; Cement Masons Institute of Chicago, Illinois; Cement Masons Savings Fund, Local 502; and Cement Masons Apprentice Education and Training Fund, Local 502 and against defendant, Eager Concrete Corporation in the total amount of $47,384.42.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

                Michael W. Dobbins, Clerk of Court

Date: 8/20/2008                            _Ruth O'Shea_
                Ruth O'Shea, Deputy Clerk