IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | No. 08 C 1474 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR TURNOVER ORDER

Plaintiffs, pursuant to the provisions of Rules 69(a) of the Federal Rules of Civil Procedure, and 735 ILCS, Section 2-1402(c)(3) move this Court to enter a Turnover Order against Harris Bank. In support of their Motion, Plaintiffs state as follows:

1. This Court entered judgment for Plaintiff and against Defendant on August 20, 2008, in the amount of $47,384.42, for the Cement Masons Pension Fund Local 502. An unpaid balance of $47,384.42 remains on the Judgment.

2. Plaintiffs issued a citation on Harris Bank on August 25, 2008.

3. In response to the citation, Harris Bank stated to counsel for Plaintiffs on August 28, 2008 that Harris Bank is currently holding $11,185.58 owed to Defendant.(Exhibit A.)

4. Pursuant to Rule 69(a), proceedings supplementary to a judgment shall follow the practice and procedure of the State.

5. Pursuant to 735 ILCS Section 2-1402(c)(3), turnover may be sought from the person cited upon its Answer.

6.       Plaintiffs seek an Order requiring Harris Bank. to turn over to Plaintiffs the value of the amount, which is owed to the defendant, $11,185.58.

**WHEREFORE**, Plaintiffs, pursuant to the provisions of Rules 69(a) of the Federal Rules of Civil Procedure, and 735 ILCS, Section 2-1402(c)(3), move this Court to enter a Turnover Order against Harris Bank in the amount of $11,185.58 in satisfaction of the outstanding judgment and full satisfaction of the citation.

                                    TRUSTEES OF THE CEMENT MASONS
                                    LOCAL 502, et. al.

                                    s/ Donald D. Schwartz
                                    One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415



# HARRIS

111 West Monroe 21E
Chicago, IL 60603
T. 312-461-1605 - F. 312-461-1546

Deanna Kenney
Legal Department

## Fax

| To: | Donald Schwartz | Company: | |
|---|---|---|---|
| Fax: | 312-341-0438 | Date: | 08/28/08 |
| Re: | 08 C 1474 | Pages (including cover sheet): | 3 |

Message:



Ex. A.

Important! This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that reading, disseminating, distributing, or copying this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

Harris N.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> Plaintiffs, <br><br> v. <br><br> EAGER CONCRETE CORPORATION, an Illinois corporation, <br><br> Defendant. | No. 08 C 1474 <br><br> Judge Castillo <br><br> Magistrate Judge Denlow |

RECEIVED
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CITATION TO DISCOVER ASSETS

TO: Harris Bank
5545 W. Northwest Hwy.
Crystal Lake, IL 60014

YOU ARE COMMANDED to appear in the courtroom of the Honorable Judge Shadur Room 2303, 219 South Dearborn Street, Chicago, Illinois, at 9:15 a.m. on September 18, 2008, to be examined under oath concerning the property or income of, or indebtedness due Defendants. Judgment was entered against Defendants and for Plaintiffs TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al., on August 20, 2008, in the amount of $47,384.42. Of that amount $47,384.42 for TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al., still remains unsatisfied. A copy of the Judgment entered by Honorable Judge Shadur was filed with the Clerk of the Court.

YOU ARE COMMANDED to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant(s) or indebtedness due them.

WARNING: Your failure to appear in Court as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of Court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property

## ANSWER

_____Harris  N.A._____, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)   Savings Account (Amount withheld) $ _____
B)   Checking and / or Now Account (Amount withheld) $  11185.58
C)   Certificate of Deposit (Amount held) $ _____
D)   Money Market Account (Amount held) $ _____
E)   Trust Account (Amount held) $ _____
F)   Safety Deposit Box $ _____
G)   No Accounts _____
H)   Adverse Claimant: Name _____ Address _____
I)   Wages, Salary or Commissions _____
J)   Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub Total  11185.58

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1

Total  11185.58

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____ on oath state.
I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on _____ by leaving a copy with the third party defendant on _____, _____
at the hour of _____ . m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____, _____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)                                   **Signed and sworn by party making service

_____, _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> Plaintiffs, <br><br> v. <br><br> EAGER CONCRETE CORPORATION, an Illinois corporation, <br> Defendant. | No. 08 C 1474 <br><br> Judge Castillo <br><br> Magistrate Judge Denlow |

## AGREED TURNOVER ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request for Turnover Order against Harris Bank is granted.

2. Harris Bank is ordered to turnover to Plaintiffs the sum of $11,185.58 in satisfaction of the Judgment and full satisfaction of the Citation.

3. Plaintiffs and defendant agree to this order.

4. The response of Harris Bank is attached hereto indicating they are holding in excess of the requested amount.

5. This is a final and appealable Order.

DATED:_____

ENTER:_____
HONORABLE JUDGE CASTILLO