IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 1474 |
| Plaintiffs, | Judge Castillo |
| v. | Magistrate Judge Denlow |
| EAGER CONCRETE CORPORATION, an Illinois corporation, | |
| Defendant. | |

## NOTICE OF MOTION

TO:   Eager Concrete Corporation
c/o its Registered Agent, Gregory Korinke
697 Auburn Court
Crystal Lake, IL 60014

Harris Bank
Attn: Deanna Kenney
111 West Monroe, 21E
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **September 4, 2008**, at **9:45 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo, Room 1843** in the Courtroom usually occupied by his in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Turnover.

TRUSTEES OF THE CEMENT MASONS
PENSION FUND, LOCAL 502, et. al.

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Turnover with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 29th day of August 2008, at or before the hour of 5:00 p.m.

| | |
|---|---|
| Eager Concrete Corporation<br>c/o its Registered Agent, Gregory Korinke<br>697 Auburn Court<br>Crystal Lake, IL 60014 | Harris Bank<br>Attn: Deanna Kenney<br>111 West Monroe, 21E<br>Chicago, IL 60603 |

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)