

| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| **United States District Court, Northern District of Illinois** | | | | |
| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | | |
| **CASE NUMBER** | 08 C 1474 | **DATE** | 9/2/2008 | |
| **CASE TITLE** | Cement Masons Pension Fund, et al. Vs. Eager Concrete Corp. | | | |

**DOCKET ENTRY TEXT**

Enter Amended Turnover Order.

■ [ For further detail see separate order(s). ]   Docketing to mail notices.



| | Courtroom Deputy Initials: | RO |
|---|---|---|