

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>EAGER CONCRETE CORPORATION, an Illinois corporation, <br>　　　　　　Defendant. | No. 08 C 1474 <br><br> Judge Castillo <br><br> Magistrate Judge Denlow |

## AMENDED TURNOVER ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request for Turnover Order against Harris Bank is granted.

2. Harris Bank is ordered to turnover to Plaintiffs the sum of $10,000.00 in satisfaction of the Judgment and full satisfaction of the Citation.

3. The response of Harris Bank is attached hereto indicating they are holding in excess of the requested amount.

4. This is a final and appealable Order.

DATED: 9/2/08

ENTER: _____
**HONORABLE JUDGE CASTILLO**