UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CEMENT MASONS
LOCAL 502

v.                                                      Case # 08C1474

EAGER CONCRETE CORP

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Bernard Bonnem, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   HARRIS BANK
   c/o Maggie Mrachek
   on 8/27/08

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex F   race W   approximate age 75   other _____

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: Harris Crystal Lake 5545 Northwest Hwy Crystal Lake I
   date: 8/27/08   time of day: 4:55 pm

3. Subsequently, a citation notice was sent via U. S. Mail to:

   Eager Concrete
   697 Auburn Ct.
   Crystal Lake IL 60014   on 8/28/09

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Special Process Server